1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Ms. Sanchez
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj8177 |
| | ) | |
| 12     Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| | ) | |
| 14 **ALMA ANDREA SANCHEZ,** | ) | |
| | ) | |
| 15     Defendant. | ) | |
| | ) | |

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20     **United States Attorney**
        efile.dkt.gc1@usdoj.gov
21

22 Dated: February 28, 2008         *s/ Bridget L. Kennedy*
                                    **BRIDGET L. KENNEDY**
23                                  Federal Defenders
                                    225 Broadway, Suite 900
24                                  San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
25                                  (619) 687-2666  (fax)
                                    e-mail:bridget_kennedy@fd.org
26
27
28